AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

BENITO TEPI ROSAS, on behalf of himself and all others similarly situated,

*Plaintiff(s)*

v.

VALDEZ AND TEPI, INC. d/b/a LA NORTENA BAR & RESTAURANT, ISAURO VALDEZ, YOLANDA VALDEZ, and BRAULIO VALDEZ,

*Defendant(s)*

Civil Action No. CV 14-6119

ROSS, J.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Yolanda Valdez
La Nortena Bar & Restaurant
102-14 Roosevelt Avenue
Corona, NY 11368

SCANLON, M.J.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Fitapelli & Schaffer, LLP
475 Park Avenue South, 12th Floor
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 10/20/2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| BENITO TEPI ROSAS, on behalf of himself and all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> VALDEZ AND TEPI, INC. d/b/a LA NORTENA BAR & RESTAURANT, ISAURO VALDEZ, YOLANDA VALDEZ, and BRAULIO VALDEZ, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. <br><br> CV 14-6119 <br><br> ROSS, J. |

## SUMMONS IN A CIVIL ACTION

SCANLON, M.J.

To: *(Defendant's name and address)*  Valdez and Tepi, Inc.
d/b/a La Nortena Bar & Restaurant
102-14 Roosevelt Avenue
Corona, NY 11368

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Fitapelli & Schaffer, LLP
475 Park Avenue South, 12th Floor
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 10/20/2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| BENITO TEPI ROSAS, on behalf of himself and all others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> VALDEZ AND TEPI, INC. d/b/a LA NORTENA BAR & RESTAURANT, ISAURO VALDEZ, YOLANDA VALDEZ, and BRAULIO VALDEZ, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> CV 14-6119 <br><br> Civil Action No. <br><br> ROSS, J. |

## SUMMONS IN A CIVIL ACTION

SCANLON, M.J.

To: *(Defendant's name and address)*  Braulio M. Valdez
41-66 Forley Street
Elmhurst, NY 11373

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Fitapelli & Schaffer, LLP
475 Park Avenue South, 12th Floor
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 10/20/2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| BENITO TEPI ROSAS, on behalf of himself and all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br><br> VALDEZ AND TEPI, INC. d/b/a LA NORTENA BAR & RESTAURANT, ISAURO VALDEZ, YOLANDA VALDEZ, and BRAULIO VALDEZ, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. **CV 14-6119** <br><br> **ROSS, J.** <br><br> **SCANLON, M.J.** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Isauro Valdez
La Nortena Bar & Restaurant
102-14 Roosevelt Avenue
Corona, NY 11368

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Fitapelli & Schaffer, LLP
475 Park Avenue South, 12th Floor
New York, New York 10016

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: **10/20/2014**

_____
*Signature of Clerk or Deputy Clerk*