**FITAPELLI & SCHAFFER, LLP**
475 Park Avenue South, 12th Floor
New York, New York 10016
Telephone: (212) 300-0375

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BENITO TEPI ROSAS on behalf of himself and all other similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>VALDEZ AND TEPI, INC., d/b/a LA NORTENA BAR & RESTAURANT, ISAURO VALDEZ, YOLANDA VALDEZ, and BRAULIO VALDEZ,<br><br>    Defendant. | NO. 14-CV-6119 (ARR) (VMS)<br><br>**NOTICE OF APPEARANCE** |

Arsenio D. Rodriguez, Esq., of Fitapelli & Schaffer, LLP, hereby files this Notice of Appearance as counsel for Plaintiff. All notice papers that are given or required to be served in this case shall be given to and served upon:

    Arsenio D. Rodriguez, Esq. (AR 6497)
    Fitapelli & Schaffer, LLP
    475 Park Avenue South, 12th Floor
    New York, New York 10016
    Telephone: (212) 300-0375
    Facsimile: (212) 481-1333
    E-mail:  arodriguez@fslawfirm.com

Dated: New York, New York
   October 20, 2014

        FITAPELLI & SCHAFFER, LLP
        Attorneys for Plaintiff and Putative Class

        By: /s/ Arsenio D. Rodriguez
        Arsenio D. Rodriguez