AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 14-6119

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Valdez and Tepi, Inc. d/b/a La Nortena Bar & Restaurant
was received by me on *(date)* 10/22/2014 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On October 22, 2014, at 102-14 Roosevelt Avenue, Corona, NY 11368, I served the summons and complaint and spoliation letter on Javier Gonzales, a person of suitable age and discretion and manager of La Nortena Restaurant.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/29/2014

*Server's signature*

Peter J. McLoughlin
*Printed name and title*

P.O. Box 218
Island Park, New York 11558

*Server's address*

Additional information regarding attempted service, etc: