AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 14-6119

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Isauro Valdez
was received by me on *(date)* 10/22/2014.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On October 22, 2014, at 102-14 Roosevelt Avenue, Corona, NY 11368, I served the summons and complaint and spoliation letter on Javier Gonzales, a person of suitable age and discretion and manager of La Nortena Restaurant.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/29/2014

*Server's signature*

Peter J. McLoughlin
*Printed name and title*

P.O. Box 218
Island Park, New York 11558

*Server's address*

Additional information regarding attempted service, etc:
On October 29, 2014, deponent also enclosed a copy of the summons and complaint in a postpaid sealed wrapper properly addressed to the defendant at the defendant's last known address, 102-14 Roosevelt Avenue, Corona, NY 11368, and deposited said wrapper in an official depository under the exclusive care and custody of the United States Postal Service. The envelope bore the legend "personal and confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant. At the time service was effected we were advised that Isauro Valdez is not involved in any military service.