AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 14-6119

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Braulio M. Valdez
was received by me on *(date)* 10/22/2014 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On October 22, 2014, at 41-66 Forley Street, Elmhurst, New York 11373, I served the summons and complaint and spoliation letter on Alejandro Valdez, a person of suitable age and discretion and wife of Braulio Valdez.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/29/2014

*Server's signature*

Peter J. McLoughlin
*Printed name and title*

P.O. Box 218
Island Park, New York 11558

*Server's address*

Additional information regarding attempted service, etc:
On October 29, 2014, deponent also enclosed a copy of the summons and complaint in a postpaid sealed wrapper properly addressed to the defendant at the defendant's last known address, 41-66 Forley Street, Elmhurst, NY 11373, and deposited said wrapper in an official depository under the exclusive care and custody of the United States Postal Service. The envelope bore the legend "personal and confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant. At the time service was effected we were advised that Braulio M.Valdez is not involved in any military service.