UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
BENITO TEPI ROSAS, on behalf of himself and
all others similarly situated,

          Plaintiff,

  -against-

VALDEZ AND TEPI, INC. d/b/a LA NORTENA
BAR & RESTAURANT, ISAURO VALDEZ,
YOLANDA VALDEZ, and BRAULIO VALDEZ,

          Defendants.
----------------------------------------------------------------X

Case No.: cv 14-6119

Ross, J.
Scanlon, M.J.

## STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, that the date by which Defendants must answer, move or otherwise respond to the Complaint is hereby extended from November 12, 2014 to December 12, 2014.

It is FURTHER STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, that no previous requests for an extension of the current putative deadline have been made;

It is FURTHER STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, that Defendants waive all defenses related to service of process, and reserve all other defenses.

| | |
|---|---|
| FITAPELLI & SCHAFFER, LLP<br>*Attorneys for Plaintiff*<br>475 Park Avenue South, 12th Fl.<br>New York, New York 10016<br>(212) 300-0375 | JACKSON LEWIS P.C.<br>*Attorneys for Defendants*<br>58 South Service Road, Ste. 250<br>Melville, New York 11747<br>(631) 247-0404 |
| By: _____<br>BRIAN S. SCHAFFER, ESQ.<br>ARSENIO D. RODRIGUEZ, ESQ.<br>Dated: 11/14/14 | By: _____<br>NOEL P. TRIPP, ESQ.<br>Dated: 11/17/14 |

SO ORDERED on this ____ day of November, 2014

_____
United States District Judge

4813-0322-8192, v. 1