UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BENITO TEPI ROSAS, on behalf of himself and
all others similarly situated,

                Plaintiff,

      -against-

VALDEZ AND TEPI, INC. d/b/a LA NORTENA
BAR & RESTAURANT, ISAURO VALDEZ,
YOLANDA VALDEZ, and BRAULIO VALDEZ,

                Defendants.
-----------------------------------------------------------------x

Case No.: cv 14-6119

Ross, J.
Scanlon, M.J.

## SECOND STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, that the date by which Defendants must answer, move or otherwise respond to the Complaint is hereby extended from December 12, 2014 to December 19, 2014.

It is FURTHER STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants, that one previous request for an extension of the deadline to respond to Plaintiff's Complaint was made and granted

.

| | |
|---|---|
| FITAPELLI & SCHAFFER, LLP<br>*Attorneys for Plaintiff*<br>475 Park Avenue South, 12th Fl.<br>New York, New York 10016<br>(212) 300-0375<br><br>By: _____<br>BRIAN S. SCHAFFER, ESQ.<br>ARSENIO D. RODRIGUEZ, ESQ.<br><br>Dated: 12/12/14 | JACKSON LEWIS P.C.<br>*Attorneys for Defendants*<br>58 South Service Road, Ste. 250<br>Melville, New York 11747<br>(631) 247-0404<br><br>By: _____<br>NOEL P. TRIPP, ESQ.<br><br><br>Dated: 12/12/14 |

SO ORDERED on this ___ day of December, 2014

_____
United States District Judge

4823-0472-2977, v. 1